**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL**

| | |
|---|---|
| Courtroom Deputy:  Robert R. Keech | Date:   February 25, 2013 |
| E.C.R./Reporter:    Tammy Hoffschildt | |

Civil Action No: **13-cv-00285-WYD-BNB**      <u>Counsel:</u>

**STEPHEN W. BRISCOE, et al.**,                       Michael J. Norton
                                                                         Natalie L. Decker
                  Plaintiffs,

v.

**KATHLEEN SEBELIUS, et al.**,                      Bradley P. Humphreys

                  Defendants.

**COURTROOM MINUTES**

**MOTION HEARING**

**3:03 p.m.**     Court in Session

                       APPEARANCES OF COUNSEL.

                       Court's opening remarks.

                       Plaintiffs' Motion for Forthwith Issuance of Temporary Restraining Order Without
                       a Hearing (ECF Doc. No. 16), filed February 19, 2013, is raised for argument.

3:17 p.m.       Argument by Plaintiffs (Mr. Norton).

3:49 p.m.       Argument by Defendants (Mr. Humphreys).

4:01 p.m.       Argument by Plaintiffs (Mr. Norton).

4:17 p.m.       Argument by Defendants (Mr. Humphreys).

| | |
|---|---|
| 4:21 p.m. | Argument by Plaintiffs (Mr. Norton). |
| 4:30 p.m. | Argument by Plaintiffs (Ms. Decker). |
| 4:33 p.m. | Argument by Plaintiffs (Mr. Norton). |
| 4:35 p.m. | Argument by Defendants (Mr. Humphreys). |
| 4:36 p.m. | Argument by Plaintiffs (Mr. Norton). |
| 4:37 p.m. | Argument by Defendants (Mr. Humphreys). |

**ORDERED:** Plaintiffs' Motion for Forthwith Issuance of Temporary Restraining Order Without a Hearing (ECF Doc. No. 16), filed February 19, 2013, is **TAKEN UNDER ADVISEMENT.**

Court indicates a written order shall follow.

**4:37 p.m.**   Court in Recess - HEARING CONCLUDED.

**TOTAL TIME:   1:34**