UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   13-cv-00285-WYD-BNB

STEPHEN W. BRISCOE;
CONTINUUM HEALTH PARTNERSHIPS, INC.;
CONTINUUM HEALTH MANAGEMENT, LLC; and,
MOUNTAIN STATES HEALTH PROPERTIES, LLC,

    Plaintiffs,

v.

KATHLEEN SEBELIUS, in her official capacity as Secretary of the United States
    Department of Health and Human Services;
SETH D. HARRIS, in his official capacity as Acting Secretary of the United States
    Department of Labor;
NEAL WOLIN, in his official capacity as Acting Secretary of the United States
    Department of the Treasury;
UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES;
UNITED STATES DEPARTMENT OF LABOR; and,
UNITED STATES DEPARTMENT OF THE TREASURY,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    THIS MATTER is before the Court on the Government's Unopposed Motion For Leave To Appear Telephonically [ECF No. 46].  After careful consideration, it is

    ORDERED that the Government's motion [ECF No. 46] is **GRANTED**.  Robb Keech, my Courtroom Deputy, shall contact the Government and they shall arrange a procedure that will allow the Government to appear via telephone for the September 5, 2013, hearing.

    Dated:  September 4, 2013.