UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   13-cv-00285-WYD-BNB

STEPHEN W. BRISCOE;
CONTINUUM HEALTH PARTNERSHIPS, INC.;
CONTINUUM HEALTH MANAGEMENT, LLC; and,
MOUNTAIN STATES HEALTH PROPERTIES, LLC,

    Plaintiffs,

v.

KATHLEEN SEBELIUS, in her official capacity as Secretary of the United States
    Department of Health and Human Services;
SETH D. HARRIS, in his official capacity as Acting Secretary of the United States
    Department of Labor;
NEAL WOLIN, in his official capacity as Acting Secretary of the United States
    Department of the Treasury;
UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES;
UNITED STATES DEPARTMENT OF LABOR; and,
UNITED STATES DEPARTMENT OF THE TREASURY,

    Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    THIS MATTER is before the Court on the Government's Unopposed Motion To Stay District Court Proceedings [ECF No. 55].  After careful consideration, it is

    ORDERED that the Government's motion [ECF No. 55] is **GRANTED** for the reasons contained in the motion.  It is

    FURTHER ORDERED that this action is **STAYED** pending the Supreme Court of the United States' disposition of the Government's petition for writ of certiorari in *Hobby Lobby Stores, Inc. v. Sebelius*, 12-cv-01000-HE (W.D. Okla.).  It is

    FURTHER ORDERED that this stay is **EFFECTIVE  IMMEDIATELY and SHALL LAST for 14 days after the Supreme Court's decision in *Hobby Lobby*.  The Government shall file a Status Report apprising this Court of the Supreme Court's decision within 7 days of the decision**.  It is

FURTHER ORDERED that the Government's Motion For A Stay Of Case In Light Of Lapse In Appropriations [ECF No. 53] is **DENIED AS MOOT**.

Dated:  October 21, 2013.