## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00285-WYD-NYW

STEPHEN W. BRISCOE;
CONTINUUM HEALTH PARTNERSHIPS, INC.;
CONTINUUM HEALTH MANAGEMENT, LLC; and,
MOUNTAIN STATES HEALTH PROPERTIES, LLC,

      Plaintiffs,

v.

SYLVIA M. BURWELL, in her official capacity as Secretary of the United States Department of
Health and Human Services;
THOMAS E. PEREZ, in his official capacity as Secretary of the United States Department of
Labor;
JACOB LEW, in his official capacity as Secretary of the United States Department of the
Treasury;
UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES;
UNITED STATES DEPARTMENT OF LABOR; and,
UNITED STATES DEPARTMENT OF THE TREASURY,

      Defendants.

_____

### RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE
_____

Magistrate Judge Nina Y. Wang

This matter is before the court *sua sponte* pursuant to 28 U.S.C. § 636(b)(2) and the

Order of Reference dated February 6, 2013 [#7] and the Reassignment dated February 9, 2015

[#71]. On January 27, 2015, the Honorable Wiley Y. Daniel entered an Injunction and Partial

Judgment in this action after the ruling in *Burwell v. Hobby Lobby Stores, Inc.*, 134 S. Ct. 2751

(2014) by the United States Supreme Court. [#70]. As part of the Injunction and Partial

Judgment, Senior Judge Daniel ordered the Parties to file a Status Report by no later than March

2, 2015, "including a recommendation for further proceedings." [*Id.* at 3].

It is now over a year after the court's deadline for filing the Status Report, yet the Parties did not file the Status Report ordered by Judge Daniel, otherwise proceed in this matter, or stipulate to its dismissal.  Under Rule 1 of the Federal Rules of Civil Procedure, this court is charged with administering the Federal Rules of Civil Procedure and this matter "to secure the just, speedy, and inexpensive determination."  Accordingly, on April 5, 2016, this court issued an Order to Show Cause directing the Parties to file appropriate dismissal papers no later than April 19, 2016, or Plaintiffs to show cause why this matter should not be dismissed for failure to prosecute and failing to comply with a specific court order.  *See* [#72].

On April 12, 2016, the Parties filed a Joint Status Report in which they represented that "they agree that judgment or dismissal has already been entered," and that they have settled attorney's fees and cost issues between themselves.  *See* [#73].

Therefore, **IT IS RECOMMENDED** that this case be **CLOSED** due to resolution of all claims.

DATED: April 25, 2016                              BY THE COURT:


                                                   *s/* Nina Y. Wang_____
                                                   United States Magistrate Judge